Case Number 09-17490 - POLLARD CHAMBERS,

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **GILDOR FURNITURE**<br>4163 PEARL ROAD<br>CLEVELAND, OH 44109<br>　ACCOUNT NO. 4798 | 000003B | 202.28 | *CK #103* 4.50 |

---------- Remittance Total --------------　　　　　　　　　　　　　　　202.28　　　4.50

*[signature]*

MARVIN A. SICHERMAN, Trustee

*[FILED stamp: 2010 JUL -9 PM 12:27, U.S. DISTRICT COURT, NORTHERN DISTRICT OF OHIO, CLEVELAND]*